1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2763



FEB 0 4 2009



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re search of                       ) CASE NO. 2:09-SW-0029
                                      )
4009 White Lane, Bakersfield, CA      )
and a White 2001 Ford                 ) Order Unsealing Search Warrant
Expedition, VIN                       )
1FMRU15W01LA25846, bearing            )
California license plate 4UHB680      )
                                      )
                                      )
                                      )
_____)

The United States through its undersigned counsel, Assistant U.S. Attorney Mary L. Grad, hereby moves this Court to unseal the Search Warrant in the captioned matter. The application and affidavit in support of the search warrant should remain sealed until further order of this Court.

LAWRENCE G. BROWN
Acting United States Attorney

Date: 2/4/09

By: /s/ MARY L. GRAD
Assistant United States Attorney

SO ORDERED.

Dated: February 4, 2009

GREGORY G. HOLLOWS
United States Magistrate Judge

1